**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:    John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

CLERK
U. S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2020 FEB 21  A 11: 14

*Redacted*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>               Plaintiff, <br><br> v. <br><br> JOHN DOE infringer identified as using IP address 24.38.195.201, <br><br>               Defendant. | Civil Action No. _____ <br><br><br> **COMPLAINT &** <br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Strike 3 Holdings, LLC ("Strike 3" or "Plaintiff"), brings this Complaint against Defendant John Doe infringer identified as using IP address 24.38.195.201 ("Defendant"), and alleges as follows:

### Introduction

1.      This is a case about the ongoing and wholesale copyright infringement of Plaintiff's motion pictures by Defendant, who is referred to at this point as "John Doe." Plaintiff is aware of Defendant's identity, but has filed this suit against them pseudonymously and will file a motion to permit Defendant to litigate

1

this case pseudonymously through discovery.

2.     Plaintiff is the owner of award winning, critically acclaimed adult motion pictures.

3.     Strike 3's motion pictures are distributed through the *Blacked*, *Tushy*, *Vixen*, and *Blacked Raw* adult websites and DVDs.  With millions of visitors to its websites each month, the brands are famous for re-defining adult content, creating high-end, artistic, and performer-inspiring motion pictures produced with a Hollywood style budget and quality.

4.     Defendant is an egregious infringer of Plaintiff's registered copyrights and has been documented infringing 42 Works over an extended period of time. Defendant has used the BitTorrent protocol to affect this rampant and wholesale copyright infringement.  Defendant not only has downloaded Plaintiff's motion pictures, but they have also distributed them to others.

5.     Although Defendant attempted to hide this theft by infringing Plaintiff's content anonymously, a Florida state court order permitted Plaintiff to serve a subpoena on their Internet Service Provider ("ISP"), Optimum Online ("Optimum"), to discover the identity of the subscriber assigned IP address 24.38.195.201, the IP address Defendant used to download and share Plaintiff's works.

6.     Based on Plaintiff's investigation of the subscriber and publicly

2

available resources, Plaintiff identified Defendant as the true infringer.

**Jurisdiction and Venue**

7.     This is a civil action seeking damages under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

8.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (jurisdiction over copyright actions).

9.     This Court has personal jurisdiction over Defendant because Defendant used an Internet Protocol address ("IP address") traced to a physical address located within this District to commit copyright infringement. Therefore: (i) Defendant committed the tortious conduct alleged in this Complaint in this State; and, (ii) Defendant resides in this State and/or; (iii) Defendant has engaged in substantial – and not isolated – business activity in this State.

10.     Pursuant to 28 U.S.C. § 1391(b) and (c), venue is proper in this district because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State. Additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because Defendant resides or may be found in this District.

**Parties**

11.     Strike 3 is a Delaware limited liability company located at 2 140 S. Dupont Hwy, Camden, DE.

12.     Defendant John Doe infringer identified as using IP address 24.38.195.201 is [REDACTED], an individual currently residing at [REDACTED], Edison, NJ.

**Factual Background**

***Plaintiff's Award-Winning Copyrights***

13.     Strike 3's subscription-based websites proudly boast a paid subscriber base that is one of the highest of any adult-content sites in the world.  Strike 3 also licenses its motion pictures to popular broadcasters and Strike 3's motion pictures are the number one selling adult DVDs in the United States.

14.     Strike 3's motion pictures and websites have won numerous awards, such as "best cinematography," "best new studio," and "adult site of the year."

15.     Strike 3's motion pictures have had positive global impact, leading more adult studios to invest in better content, higher pay for performers, and to treat each performer with respect and like an artist.

16.     Unfortunately, Strike 3, like a large number of other makers of motion picture and television works, has a major problem with Internet piracy.   Often appearing among the most infringed popular entertainment content on torrent

4

websites, Strike 3's motion pictures are among the most pirated content in the world.

### *Defendant Used the BitTorrent File Distribution Network to Infringe Plaintiff's Copyrights*

17.    BitTorrent is a system designed to quickly distribute large files over the Internet. Instead of downloading a file, such as a movie, from a single source, BitTorrent users are able to connect to the computers of other BitTorrent users in order to simultaneously download and upload pieces of the file from and to other users.

18.    BitTorrent's popularity stems from the ability of users to directly interact with each other to distribute a large file without creating a heavy load on any individual source computer and/or network.  It enables Plaintiff's motion pictures, which are often filmed in state of the art 4kHD, to be transferred quickly and efficiently.

19.    To share a movie within the BitTorrent network, a user first uses BitTorrent software to create a .torrent file from the original digital media file. This process breaks the original digital media file down into numerous pieces.

20.    The entire movie file being shared has a hash value (i.e., the "File Hash").  A hash value is an alpha-numeric value of a fixed length that uniquely identifies data.

21.    Hash values are not arbitrarily assigned to data merely for

identification purposes, but rather are the product of a cryptographic algorithm applied to the data itself.  As such, while two identical sets of data will produce the same cryptographic hash value, any change to the underlying data – no matter how small – will change the cryptographic hash value that correlates to it.

22.    To find and re-assemble the pieces of the digital media file, i.e., to download the file using BitTorrent, a user must obtain the .torrent file for the specific file that has been broken down into pieces.

23.    Each .torrent file contains important metadata with respect to the pieces of the file. When this data is put into the cryptographic algorithm, it results in a hash value called the "Info Hash."

24.    The "Info Hash" is the data that the BitTorrent protocol uses to identify and locate the other pieces of the desired file (in this case, the desired file is the respective file for the infringing motion pictures that are the subject of this action) across the BitTorrent network.

25.    Using the Info Hash in the metadata of a .torrent file, a user may collect all the pieces of the digital media file that correlates with the specific .torrent file.

26.    Once a user downloads all of the pieces of that digital media file from other BitTorrent users, the digital media file is automatically reassembled into its original form, ready for playing.

6

27.    Plaintiff has developed, owns, and operates an infringement detection system, named "VXN Scan."

28.    Using VXN Scan, Plaintiff discovered that Defendant used the BitTorrent file network to illegally download and distribute Plaintiff's copyrighted motion pictures.

29.    To explain, while Defendant was using the BitTorrent file distribution network, VXN Scan established direct TCP/IP connections with Defendant's IP address.

30.    VXN Scan downloaded from Defendant one or more pieces of numerous digital media files.

31.    Plaintiff identified these pieces as portions of infringing copies of Strike 3's motion pictures.

32.    To explain, the VXN Scan system first searched for and obtained .torrent files claiming to be infringing copies of Plaintiff's works, and then downloaded complete copies of the digital media files that correlate to those .torrent files.

33.    Plaintiff then compared the completed digital media files to Plaintiff's copyrighted works to determine whether they are infringing copies of one of Plaintiff's copyrighted works.

34.    The digital media files have been verified to contain a digital copy of

a motion picture that is identical (or, alternatively, strikingly similar or substantially similar) to Plaintiff's corresponding original copyrighted Works.

35.     VXN Scan then used the "Info Hash" value, contained within the metadata of the .torrent file correlated with a digital media file that was determined to be identical (or substantially similar) to a copyrighted work, to download a piece (or pieces) of the same digital media file from Defendant using the BitTorrent network.

36.     At no point did VXN Scan upload content to any BitTorrent user. Indeed, it is incapable of doing so.

37.     The VXN Scan captured transactions from Defendant sharing specific pieces of 42 digital media files that have been determined to be identical (or substantially similar) to a copyrighted work(s) that Plaintiff owns.

38.     VXN Scan recorded each transaction in a PCAP file.

39.     VXN Scan recorded multiple transactions in this matter.

40.     For each work infringed a single transaction is listed on Exhibit A.

41.     For each transaction listed, Exhibit A sets forth the Universal Time Coordinated (UTC) time and date of each transaction, along with (1) the Info Hash value obtained from the metadata of the corresponding .torrent file that formed the basis of the VXN Scan's request for data, and (2) the File Hash value of the digital media file itself.

42.     Exhibit A also sets forth relevant copyright information for each work at issue:  the date of publication, the date of registration, and the work's copyright registration number.   In a showing of good faith, Plaintiff has intentionally omitted the title of the work from this public filing due to the adult nature of its content but can provide a version of Exhibit A containing the works' titles to the Court or any party upon request.

43.     Thus, Defendant downloaded, copied, and distributed Plaintiff's Works without authorization.

44.     Defendant's infringement was continuous and ongoing.

45.     Plaintiff owns the copyrights to the Works and the Works have been registered with the United States Copyright Office.

46.     Plaintiff seeks statutory damages, attorneys' fees, and costs under 17 U.S.C. § 501 of the United States Copyright Act.

### *Discovery Will Likely Show that Defendant is the Individual Who Infringed Plaintiff's Copyrighted Works*

47.     Plaintiff's investigation has determined that Defendant is the person who used this IP address to infringe on its copyrighted works.

48.     In response to Plaintiff's subpoena, the ISP indicated that IP address 24.38.195.201 was assigned to Defendant at the residence identified in paragraph 12 above during at least one date of infringement.

49.     Defendant lived at the residence identified in paragraph 12 above

9

during the period of infringement.

50.     Plaintiff logged BitTorrent network activity emanating from IP address 24.38.195.201 involving works other than Plaintiff's copyrighted works. Collectively, this evidence is referred to as the "Additional Evidence."

51.     [REDACTED].

52.     [REDACTED].

53.     [REDACTED].

54.     [REDACTED].

## COUNT I

### Direct Copyright Infringement

55.     The allegations contained in paragraphs 1-54 are hereby re-alleged as if fully set forth herein.

56.     Plaintiff is the owner of the Works, which is an original work of authorship.

57.     Defendant copied and distributed the constituent elements of Plaintiff's Works using the BitTorrent protocol.

58.     At no point in time did Plaintiff authorize, permit or consent to Defendant's distribution of its Works, expressly or otherwise.

59.     As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

10

(A)   Reproduce its Works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)   Distribute copies of the Works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)   Perform the copyrighted Works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the Works' images in any sequence and/or by making the sounds accompanying the Works' audible and transmitting said performance of the work, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publicly" perform); and

(D)   Display the copyrighted Works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works non-sequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publicly" display).

60.   Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)   Permanently enjoin Defendant from continuing to infringe Plaintiff's

copyrighted Works;

(B)    Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's Works from each of the computers under Defendant's possession, custody or control;

(C)    Order that Defendant delete and permanently remove the infringing copies of the Works Defendant has on computers under Defendant's possession, custody or control;

(D)    Award Plaintiff statutory damages per infringed work pursuant to 17 U.S.C. § 504(a) and (c);

(E)    Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)    Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: February 20, 2020                    Respectfully submitted,

                                            /s/ John C. Atkin, Esq.
                                            John C. Atkin, Esq.

12

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2**

I, John C. Atkin, certify under penalty of perjury that the matter in controversy is not the subject of any other action or proceeding pending in any other court or any pending arbitration or administrative proceeding.

DATED: February 20, 2020          /s/ *John C. Atkin, Esq.*
                                   JOHN C. ATKIN

## **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 201.1**

I hereby certify that the damages recoverable in this action by Plaintiff exceeds the sum of $150,000, exclusive of interest, costs, and punitive damages.

DATED: February 20, 2020          /s/ *John C. Atkin, Esq.*
                                   JOHN C. ATKIN

**Exhibit A to the Complaint**

**Location: Edison, NJ**
**Total Works Infringed: 42**

**IP Address: 24.38.195.201**
**ISP: Optimum Online**

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82 File Hash: 923E7A60E752915977FD98711BC5A92C2A2B5A402EA36FDEE26886AA9E35D480 | 10/23/2019 14:06:04 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |
| 2 | Info Hash: 728FEEBA350EC584BC7E9E2759A64F759E9B7855 File Hash: AD5470EFA8A5C85886C8855DB4855832E273F731683970FFC88EE56B5BB1A2A | 01/05/2020 06:30:22 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 3 | Info Hash: C4DB1B3F78C01434EC9B81231E2066634E6311CB File Hash: BCF1D35246A971E1C03E3D9E86D3FE928722E4FE1FE37E94884D8A69C71036A6 | 01/04/2020 01:48:08 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 4 | Info Hash: 1F5056D2F0CFFD05EA0C69EAE4D19F67E4FC70E9 File Hash: 041D8F8F1C59EE8A62F504D6A791189502DDB7EABF0DB4C67DE8B0A5399E008F | 12/07/2019 15:55:35 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 5 | Info Hash: 5540C89E5B872A3EB29D38D7D6C59134B3342F74 File Hash: 82122CF99D24467F82ADC0C7F5A830B00FD0166A2DACD7D573A461C90D4BA438 | 12/02/2019 08:12:35 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 6 | Info Hash: A181084108FF1A76109865CDFC14DECD21C0C458 File Hash: 2F2287C739EAD9C85BD65235BB5F03A7BB4F156C000C4CBAA27D833D9DEA0989 | 11/23/2019 06:05:55 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 7 | Info Hash: ED5D228423F66881B7B1663319514A65E2F5DE14 File Hash: 2EEBF3BF6838D0CCC7D8D23D6C0C58655780D5E179EBCCE0AA3691A4329D2BC9 | 11/14/2019 03:19:30 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 8 | Info Hash: 015779B60A118D644F02499AE674F1BC810CFF8E File Hash: C5424E9DFB5F9E738779CF795712A58F3CA5D19B01417545A48D97AB88A227318 | 11/14/2019 03:18:45 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>CDAC395CE88009933499925E75F02E08592BA8B26<br>File Hash:<br>658E948CFDC15C66CB844923442B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/04/2019<br>13:32:37 | Blacked<br>Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 10 | Info Hash:<br>3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash:<br>49DBD6B87DCE0411C7014A67AE306E242050780811F56E367420F42814BE2FA2 | 10/31/2019<br>10:10:10 | Blacked<br>Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 11 | Info Hash:<br>4CBADD45F5F7459BB9B9FC1A3C576D32207E3F0C<br>File Hash:<br>9FF9F337DE6ECA120598CCB15E9BD3C091C3019583DDA3A85E01D6631170A5285 | 10/23/2019<br>13:50:35 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 12 | Info Hash:<br>999C03253CE07559916BEA619580CA77216F552E6<br>File Hash:<br>B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | 10/19/2019<br>13:19:40 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 13 | Info Hash:<br>73DFB9E01775300A351722EFAA0DAD384952EBF0<br>File Hash:<br>BC069A88481A788CCFC4E186459FE4F3384D7CAB48F6D46CFF338AE125CADC4E | 10/08/2019<br>02:49:45 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 14 | Info Hash:<br>AB6061895AFDF2D02F4E52CBE8139592CFEFDF38<br>File Hash:<br>8AC6BEF33EC824383A8690419546005EAA507DB219553EA03EE78AEC6DD85A33A | 10/04/2019<br>02:58:44 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 15 | Info Hash:<br>75AAFCC83F053540C564E2601523345507AD59D40E<br>File Hash:<br>31D0D3686F31F8D213A5D9C8B5727BCE8463A4B28685D2EB05DD71F82B5B2DF4 | 09/19/2019<br>15:00:50 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 16 | Info Hash:<br>CDE1BE30D12B84818E501B5DDD7BA9549DF4BCB<br>File Hash:<br>FC6ED1B9110EF30815729D0842B9998E372FBD63064A8804398B5E2ACAD851C | 08/30/2019<br>05:56:13 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 17 | Info Hash:<br>5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash:<br>141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 07/15/2019<br>17:07:21 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 6478D6818B6843DC1DEE5BD5A6C05F7B6D37EC2E<br>File Hash: B98513AE22490FF3F323AE1CC7F75EC58C20154B89A409B540B83E456B853E5E623 | 07/15/2019 17:07:06 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 19 | Info Hash: 022342FC7077A111F1422A99C31F089D147FE619<br>File Hash: 1AFD0B4BF515C6F0E73E86CEACA1A7A84E69C12C46E5AC156B2E2B57EA5F44DC | 06/25/2019 03:58:07 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 20 | Info Hash: 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19<br>File Hash: 98CDC17BC4D0A858192F41FD54802AA61EC55EE516632DC63F7F18150DC90BA | 06/22/2019 02:18:40 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 21 | Info Hash: D629C1BE08933BB60DF199F6F24E3812EA2C6C73<br>File Hash: B6A7689FE28D9B34D14C72456A036267F1B7DC9B3588D3E3564E883B38BA8042 | 06/17/2019 14:16:53 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 22 | Info Hash: 1702BF88C60793B862AD5AD08D3799C7A76C4EC1<br>File Hash: B5B39CB865850BAD88BFD85D0A3F459DD98183DE5FFC6259D86A68890DCB4C6B | 06/17/2019 14:14:03 | Vixen | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 23 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FD82CF72<br>File Hash: B1EAEAD5B5D4AAA4102D4A0D46CF8206B60E43C6E2EAD3BAFD1BD26D33668 3604 | 05/23/2019 00:51:43 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 24 | Info Hash: 05F7FA6E0BC86C91F501CCCC3D6447D35AE8EC51<br>File Hash: C8BCC7AAB76C9D28FD09B301ABD01733F4A289BE88DDEF2B19EEA9BF14122F97 | 05/16/2019 14:29:41 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 25 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash: 4208F114A19FA8974A79C470EBB31266796EFF49573E69E4700CB578B3A72F328 | 05/13/2019 02:15:31 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 26 | Info Hash: CE47F0E0444A5478796DC72509C52E9211288249<br>File Hash: F26D0E1B188020ED0DE5759992C9086236DADDFD521D5769B2B1115A8E32A65A | 05/13/2019 02:07:58 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>9997CF8CCB71D608B88FA34B3CAB2A89E02853D7<br>File Hash:<br>7D6C351F29E6D586CEA8AA86EAF5C7A51AD7ABA9B48A61642DC35882F5FC87C | 04/28/2019<br>19:44:53 | Blacked<br>Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 28 | Info Hash:<br>CA440BF02030309E5SCAF3AFC9F6F990F10B7FFE<br>File Hash:<br>D8DA3B246C73F0C13B0C8682F85B95S1D2217FF7689C445472FC2A69B9D36D0D4 | 04/27/2019<br>02:29:37 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 29 | Info Hash:<br>E452D23913E0538E6E31D6D6F92DE54C3100DA003<br>File Hash:<br>8DB5675125052566F30DBA8F4B04557C917B8116EAC2FCB2C19ABC6570946CFE9 | 04/15/2019<br>13:18:24 | Blacked<br>Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 30 | Info Hash:<br>AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash:<br>3A24DE87A7AF1CE8D08F9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 04/15/2019<br>13:16:13 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 31 | Info Hash:<br>EE02614E68497D996AB49AF9F82365A2C6EFDAD<br>File Hash:<br>53F27DFFBACEA60F88CC1A49318229E2F3E5266946CE742F825F500282 9E041D | 04/12/2019<br>14:10:32 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 32 | Info Hash:<br>AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash:<br>A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 03/27/2019<br>00:14:08 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 33 | Info Hash:<br>3AF342FFAE34E88B4EDFE585C8B5917F5C64C5E<br>File Hash:<br>B8FF037D085678CE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 03/24/2019<br>14:05:52 | Blacked<br>Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 34 | Info Hash:<br>7255676245CA53C457541455A418213307 14A7A<br>File Hash:<br>4FF40447 7E05C998DA875A2082DAD57AF4A52BF2271449F14488 91B4CD1A1BC9 | 03/11/2019<br>22:31:51 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 35 | Info Hash:<br>772496SCFD0EFA204861E4994E4C375734FAC910<br>File Hash:<br>28632395SD74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFCECC40F6 | 03/08/2019<br>07:07:10 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DBD37806A272E34CF33F9EDAF8BDA6391FF8F7C0 File Hash: F2CEB31D14663B616F80063A142003206852AEF8F9AE4958BFC424F952510D1 | 03/07/2019 14:43:21 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 37 | Info Hash: 92401415234E09F5E207409FE07B67BE7CD68634 File Hash: 00228DDB48CA134FF49C6ACOEB66F1D6C93A3024C085D5CD0989BCBB862CA7C1 | 02/27/2019 02:44:34 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 38 | Info Hash: 221FADE3CD0CE4DD725D9793A60F2E7BF36D361A File Hash: F0B26817902D8E24389E933F5B205DDB34F28A830FC7D7B3CC15875CF713ACD4 | 02/22/2019 03:27:05 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 39 | Info Hash: D4C4F2E93F58EE586FCFBA4A3034783C897E59AE File Hash: 5B41B022AF6FA2E68B6F48A61E4E80F3E9EC7085E02B2DC59E02FB41C20BD08 | 02/22/2019 03:25:47 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 40 | Info Hash: 7F94C59C008CA99211BC357AA98829B7372D082F3 File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 02/20/2019 15:32:49 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 41 | Info Hash: 1BFA6EB5AEC2026A3072D6DC78AEEFB607ABF6D1 File Hash: 1FA8630F193EC8C63E34888586E79FBBFCD6F5BADDA7DB7871EBD1DD8BADC3D2 | 02/20/2019 15:32:41 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 42 | Info Hash: 2918BB991FE3BBC54C59C045CC0C24DAA1CBFF4 File Hash: C601B70B3A5A0C15333A80222F2F96FC3A793A3F64ACCCCDFE72B2CFFCD469A0 | 02/11/2019 23:50:04 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| STRIKE 3 HOLDINGS, LLC | [REDACTED] |

| **(b)** County of Residence of First Listed Plaintiff _____ *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant **Middlesex** *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
|---|---|

| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* The Atkin Firm, LLC, 55 Madison Avenue, Suite 400, Morristown, NJ, 07960 Tel. (973) 314-8010 | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☒ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application ☐ 840 Trademark | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **LABOR** ☐ 710 Fair Labor Standards | **SOCIAL SECURITY** | ☐ 480 Consumer Credit ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending ☐ 380 Other Personal | Act ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Property Damage ☐ 385 Property Damage | Relations ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* 17 U.S.C. § 101 |
|---|---|
| | Brief description of cause: Copyright Infringement |

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | **DEMAND $** 150000 | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

| DATE 2/20/2020 | SIGNATURE OF ATTORNEY OF RECORD s/ John C. Atkin |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____