# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
 ---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

March 9, 2020

**VIA ECF**

Clerk of the Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: **Strike 3 Holdings, LLC v. John Doe infringer identified as using IP address 24.38.195.201**
     **Dkt. No. 2:20-cv-01900-MCA-MAH**

Dear Sir or Madam:

  I represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. On February 20, 2020, I filed a Complaint under temporary seal identifying the individual who is the defendant in this matter, along with a redacted version of that complaint. I write to respectfully request that a summons be issued for service in this matter, which I will complete to identify Defendant by name, as required by Federal Rule of Civil Procedure 4(a)(1)(A). I will file the proof of service, required by Federal Rule of Civil Procedure 4(*l*), under temporary seal pursuant to Local Civil Rule 5.3(c).

  Thank you for your attention to this matter.

               Respectfully submitted,

               */s/ John C. Atkin*

               John C. Atkin, Esq.