| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CERTIFICATIONS, ATTACHMENTS, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | MARIAN ZWIERZYNSKI |
| TITLE: | PROCESS SERVER |
| | DATE: 3/12/2020 5:04:41 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant ▇▇▇▇▇▇

Place where served: ▇▇▇▇▇▇

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: ▇▇▇▇▇▇

Relationship to defendant ▇▇▇▇▇▇

Description of Person Accepting Service:

SEX:▇ AGE:▇ HEIGHT:▇ WEIGHT:▇ SKIN:▇ HAIR:▇ OTHER:___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____   SERVICES $_____.____   TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/13/2020   _____ L.S.

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: JOHN C. ATKIN, ESQ.
PLAINTIFF: STRIKE 3 HOLDINGS, LLC
DEFENDANT: JOHN DOE INFRINGER IDENTIFIED AS USING IP ADDRESS 24.38.195.201
VENUE: DISTRICT
DOCKET: 2 20 CV 01900 MCA MAH
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023