UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Email: LFarber@LFarberLaw.com
Attorneys for Defendant

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**JOHN DOE infringer identified as using IP address 24.38.195.201**,<br><br>*Defendant.* | Case No. 2:20-cv-01900-MCA-MAH (DNJ)<br><br><u>CIVIL ACTION</u><br><br>**DECLARATION OF JERICK POCO** |

    1.    I, Jerick Poco, am the defendant-subscriber to the internet account in the above captioned case, have personal knowledge of the facts stated herein and make this Declaration in support of defendant's Motion to seal certain court records in this case. My request is based on the credible fear that unsealing the documents and/or having my name revealed in this case would cause serious reputational and financial damage (loss of employment).

    2.    I am Registered Nurse in the State of New Jersey. I have been a licensed nurse since 2011 and I current work at Raritan Bay Medical Center as a critical care certified nurse in the Operating Room.

    3.    My role as a nurse utilizes my skills in critical care in post-surgical patients receiving anesthesia. I am currently in the frontlines caring for COVID-19 patients since elective surgeries have been halted and would like to continue this imperative role in this pandemic. My role is essential in assisting anesthesiologists intubate very ill patients requiring advanced airways and managing them once they are on ventilators. Critical care is a specific role nurses are trained in and my certification demonstrates my experience and knowledge in nursing.

4. I am a public healthcare professional caring for patients in my local community and protecting my identity from this lawsuit is important to my current and future career as a nurse. I want to continue with my duty of helping people and remaining a John Doe will allow me to do that.

5. I have been made aware that internet searches typically do not show cases within the Court's Pacer system. However, many journalists and bloggers conduct research on BitTorrent cases, especially those filed by Strike 3 Holdings, effectively making information about many of these cases available to the general public with a simple search.

6. Due to this, I am fearful that if my name was connected to this type of case I may be fired and my reputation in the medical field will suffer, ultimately affecting future employment.

7. Given the severity of these negative consequences, I respectfully petition the court to seal instant application to seal (ECF No. 6), and any future filings, as well as leave the name of the defendant in the caption of the case as "John Doe assigned IP address 24.38.195.201," so that to avoid the risk to my livelihood and reputation.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 27, 2020

_____
Jerick Poco