**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE subscriber assigned IP address 24.38.195.201,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01900-MCA-MAH<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 24.38.195.201 are voluntarily dismissed without prejudice.

DATED: May 22, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**THE ATKIN FIRM, LLC**

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　Strike 3 Holdings, LLC*

　　　　　　　　　　　　　　　　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　　　John C. Atkin, Esq.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 5/26/20

1